# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00261-CV

**Anish Jhaveri, Appellant**

**v.**

**Kelly McBeth, Appellee**

### FROM DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-AG-06-000883, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on December 1, 2014. On counsel's motions, the deadline for filing was extended to February 23, 2015. Appellant's counsel subsequently withdrew, and appellant, appearing pro se, has now filed a fourth motion requesting that the Court extend the time for filing appellant's brief an additional 90 days. We grant the motion for extension of time and order appellant to file a brief no later than May 26, 2015. No further extension of time will be granted, and a failure to comply with this order will result in the dismissal of this case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

It is so ordered this 13th day of March, 2015.

Before Chief Justice Rose, Justices Goodwin and Field